**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 313 EAL 2020

           Respondent           :

                             :   Petition for Allowance of Appeal

                             :   from the Order of the Superior Court

           v.                 :

                             :

LEON CULBREATH,                   :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.